# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANC OF CALIFORNIA, NATIONAL ASSOCIATION, a national banking association<br><br>Plaintiff,<br><br>v.<br><br>ASIAN EYE, LTD., a Washington corporation;<br>ECKO INC., a Washington corporation;<br>ROBERTA FAUX, an individual;<br>ANNE MARIE SHARP, an individual;<br>TRACIE HILL, an individual; and<br>DUPATTA DESIGNS LLC, a Pennsylvania limited liability company,<br><br>Defendants. | **Case No: 8:19-cv-1687-DOC-DFM**<br><br>*Honorable David O. Carter*<br><br>**JUDGMENT AGAINST ECKO INC. AND ASIAN EYE, LTD.**<br><br>Case Filed: September 4, 2019<br>Trial Date: Vacated |

BN 42841446v3

JUDGMENT - CASE NO. 8:19-CV-1687

# DEFAULT JUDGMENT

Pursuant to Rule 55(b)(2) of Federal Rules of Civil Procedure, Plaintiff Banc of California, National Association, by and through its attorneys of record, filed a an Application for Entry Default Judgment ("Motion for Entry of Default Judgment") against Defendants Ecko Inc., a Washington corporation, and Asian Eye, Ltd., a Washington corporation.

On December 15, 2020, the Court granted Plaintiff Banc of California, National Association's (the "Bank") Motion for Entry of Default Judgment.

As set forth in the Court's Order, judgment is hereby entered in favor of Banc of California and against Ecko and Asian Eye as follows:

1. Judgment is entered in favor of the Bank and against Ecko and Asian Eye as to Claim 1 - Breach of Written Contract (Loan 5005) in the Complaint; (2) Claim 4 - Breach of Written Contract (Loan 5000); (3) Claim 7 - Money Had and Received; (4) Claim 8 - Account Stated; (5) Claim 9 – Open Book Account, (6) Claim 12 - Fraudulent Transfer; and (7) Claim 13 - Constructive Fraudulent Conveyance.

2. As such, judgment is entered in favor of the Bank and against Asian Eye and Ecko on the Complaint in the amount of $869,352.79 for Loan 935005000 and $440,772.85 for Loan 693075000, as detailed below:

|  | **Loan 935005000** | **Loan 6935075000** |
|---|---|---|
| Principal | $693,733.78 | $348,286.92 |
| Interest to November 13, 2020 | $151,079.47 | $74,363.94 |
| Late Charges | $24,514.54 | $18,097.00 |
| UCC Termination Fee | $25.00 | $25.00 |
| **Total Due** | **$869,352.79** | **$440,772.86** |

3. Pursuant to Local Rule 55-3, attorneys' fees for a default judgment are determined pursuant to a fixed percentage schedule. C.D. Cal. L.R. 55-3. For a judgment over $100,000, the award is $5,600 plus 2% of the amount of $100,000. For this matter, that amount would be $5,600 + ((($869,352.79 + $440,772.86) – ($100,000)) * .02) for a total of $29,802.51. The total amount for attorneys' fees is $29,802.51. Plaintiff also requests costs in the amount of $6,986.64. This Court finds that amount reasonable and awards the amount. The total amount of attorneys' fees and costs is $36,789.15.

4. Post-judgment interest at the interest rate of .11% per annum from the date of this Judgement, until this judgment is fully satisfied.

5. This judgment is as to Ecko and Asian Eye only.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**IT IS SO ADJUDGED, ORDERED AND DECREED.**

Dated: December 14, 2020

*/s/ David O. Carter*

Judge of the United States District Court,
Central District of California